# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Ernest A. Yazzetti, Jr.**
*Associate Attorney*
(914) 345-3020, ext. 364
ey@kkmllp.com

October 11, 2019

**VIA ECF**

Judge Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:  In re: Deona Mason
        Case No: 18-40759-nhl

Dear Judge Lord:

  This office represents the interests of Rushmore Loan Management Services, as servicer for MTGLQ Investors, LP, a secured creditor, in the above-referenced matter.

  On February 14, 2019, our office issued the final permanent modification documents to Debtor's counsel. Same were returned to our office March 4, 2019.

  On March 5, 2019, our client advised that the documents were executed correctly by the Debtor, but that it needed the Quit Claim Deed for Marva Knight as only a divorce decree was received. As Marva Knight is an obligor on the loan that has not agreed to modify the debt, the QCD is needed to complete the modification without their signature.

  Our office has continued to follow up with Debtor's counsel. As of the filing of this letter, we have not received an update regarding the recorded Quit Claim Deed since the August 14, 2019 status conference.

  Should you have any questions, please do not hesitate to contact me.

        Respectfully,
        **Knuckles, Komosinski & Manfro, LLP**

        /s/ Ernest A. Yazzetti, Jr., Esq.
        Ernest A. Yazzetti, Jr., Esq.
        Counsel for Rushmore Loan Management Services,
        as servicer for MTGLQ Investors, LP

CC:  All counsel - VIA ECF