**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:                                                                          Chapter 7

Deona Mason                                                           Case No. 18-40759-nhl
aka Deona A Mason,

                              Debtor(s).
------------------------------------------------------------------x

## ORDER TERMINATING LOSS MITIGATION

WHEREAS, Deona Mason (the "Debtor") filed a request to enter into the Loss Mitigation Program with respect to property located at 147-20 Francis Lewis Boulevard, Rosedale, New York 11422, Loan No.# 0069;

WHEREAS, on April 2, 2018, the Court issued an order directing the Debtor and Selene Finance to participate in the Loss Mitigation Program; and

WHEREAS, a status conference on the Loss Mitigation was held on December 5, 2019, at which appeared Olaoluwa Oni (counsel to the Debtor) and Ashish Malhotra (counsel to MTGLQ Investors L.P.);

NOW, THEREFORE, for the reasons stated on the record at the Hearing, it is hereby

**ORDERED**, that Loss Mitigation is terminated with respect to Loan No.# 0069.



Dated: December 12, 2019                         _____
     Brooklyn, New York                               **Nancy Hershey Lord**
                                                                            **United States Bankruptcy Judge**